IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| FPL FOOD, LLC, | : |
|     Plaintiff, | : |
| v. | :     CASE NO.: 7:24-CV-93 (WLS) |
| UR JADDOU, Director of United States Citizenship and Immigration Services, | : |
|     Defendant. | : |

**ORDER**

Before the Court is a Notice of Voluntary Dismissal (Doc. 3), filed by Plaintiff on November 20, 2024. Therein, Plaintiff notifies the Court of the voluntary dismissal without prejudice of the above-captioned case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

For the purpose of completing the record, the Court hereby acknowledges and **CONFIRMS** Plaintiff's Notice of Voluntary Dismissal (Doc. 3). Therefore, the above-captioned action is **DISMISSED**, **WITHOUT PREJUDICE**. The Parties shall bear their own fees and costs. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 21st day of November 2024.

                                              /s/ W. Louis Sands
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**